PEOPLE ex rel. UNION CLUB, Appellant, v. O'DONNEL et al., Respondent. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Proceedings by the people of the state of New York, on the relation of the Union Club, against Frank A. O'Donnel and others. J. M. Bowers, for appellant. D. Rumsey, for respondents. No opinion. Order affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. WEISZ, Appellant, v. INDEPENDENT ORDER BRITH ABRAHAM, Respondent. (Supreme Court, Appellate Division, First Department, May 29, 1908.) Proceedings by the people of the state of New York, on the relation of Marcus Weisz, against the Independent Order Brith Abraham. M. Schleimer, for appellant. L. Moschowitz, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. WHITE v. CRANE, Justice. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Proceedings by the people of the state of New York, on the relation of Josiah J. White, against Frederick E. Crane, justice of the Supreme Court of the state of New York. No opinion. Request to withdraw application granted, without costs.

PEOPLE ex rel. WILLIAMS ENGINEERING & CONTRACTING CO., Respondent, v. METZ, Comptroller, Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Preceedings by the people of the state of New York, on the relation of the Williams Engineering & Contracting Company, against Herman A. Metz, as comptroller. T. Connoly, for appellant. L. L. Kellogg, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

LAUGHLIN and CLARKE, JJ., dissent, on the ground that the statute is constitutional, and it absolutely prohibits the payment of the money on the facts disclosed by the record. Order filed.

PEOPLE'S BANK OF BUFFALO, Respondent, v. HEDLEY, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 6, 1908.) Action by the People's Bank of Buffalo against Phœbe W. Hedley, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

PETZE, Respondent, v. MORSE DRY DOCK & REPAIR CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1908.) Action by Henry H. Petze against the Morse Dry Dock & Repair Company. No opinion. Motion granted, without costs.

PETZOLDT, Respondent, v. GROSNER, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Bernhard Petzoldt against Louis Grosner. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

PIERSON, Respondent, v. WOOD, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Action by William H. Pierson against Stuart G. Wood. No opinion. Judgment of the Municipal Court affirmed, with costs.

PILLSWORTH, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Catharine Pillsworth against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

PIZA, Respondent, v. LUBELSKY, Appellant. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by Anita Piza against David Lubelsky. R. C. Beatty, for appellant. A. C. Weil, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See 121 App. Div. 734, 106 N. Y. Supp. 481.

PLUM, Respondent, v. RINALDINI, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Mercy M. Plum against Fedele Rinaldini, impleaded with others. J. Sapinsky, for appellant. A. A. Silberberg, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

POLETTO et al., Appellants, v. DRISCOLL, Respondent. (Supreme Court, Appellate Division, Second Department. May 12. 1908.) Action by Santa Poletto and another against George F. Driscoll. Judgment of Municipal Court reversed, and new trial ordered, with costs to abide the event, on the ground that the plaintiffs made out a prima facie case.

POLHAMUS, Appellant, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 22, 1908.) Action by Margaret Polhamus, as sole executrix, etc., against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Motion granted, on compliance by plaintiff within 30 days with the terms and conditions of order of January 7, 1908, and on payment of $10 costs of this motion; and unless such terms and conditions are complied with, and said costs paid within 30 days, motion denied, with $10 costs.

PRAY et al. v. TODD et al. (Supreme Court, Appellate Division, First Department. May 22, 1908.) Action by John A. Pray and another against Louis L. Todd and another. From a judgment dismissing the complaint, and from an order denying a retaxation of costs, plaintiffs appeal. Judgment affirmed, and order modified, and, as modified, affirmed. See 95 App. Div. 423, 88 N. Y. Supp. 650. C. T. Haviland, for appellants. J. W. Greene, for respondents.